# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2013

*The Court of Appeals hereby passes the following order:*

## A13I0111. DAVID BYUNG KOOK KANG et al. v. OUR FIRM FOUNDATION FOR KOREANS, INC.

David Byung Kook Kang et al., defendants in the case below, seek review of the trial court's order denying reconsideration of an interlocutory injunction it entered against them. Through the injunction, the court enjoined the defendants from using the plaintiff's real property for their worship services. In their application, the defendants argue that the trial court erred because an injunction cannot be used to dispossess a party from the possession of real property.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (2). "'[E]quity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991). The issues in this application appear to center on the legality and propriety of the injunctive relief ordered by the trial court. Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court. See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*